```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION

DANIEL FORD,                       *

        Plaintiff,                 *

vs.                                *
                                              CASE NO. 4:23-CV-37-CDL-MSH
ADRIAN WEST,                       *

        Defendant.                 *

                                   *
```

## O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 16, 2024 is hereby approved, adopted, and made the Order of the Court.

The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 13th day of February, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA
