## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

DANIEL FORD,                          :
                                      :
              Plaintiff,              :
                                      :    **Case No. 4:23-cv-00037-CDL-MSH**
       v.                             :
                                      :
ADRIAN WEST, *et al.*,                :
                                      :
              Defendants.             :
                                      :

_____

## <u>ORDER</u>

Before the Court is Plaintiff's "Motion for Relief from the Obligation to Prepay the Fees". ECF No. 68. Plaintiff's motion is construed as an application to appeal *in forma pauperis*. However, on July 24, 2025, the Eleventh Circuit Court of Appeals dismissed Plaintiff's appeal pursuant to 11th Cir. R. 42-1(b) . ECF No. 67. Moreover, the Eleventh Circuit Court of Appeals decided on August 21, 2025 to take no action on Plaintiff's motion to reinstate his appeal due to Plaintiff's continued failure to follow Court's rules and procedures. *See* ECF No. 10 in *Ford v. West*, No. 25-12216-H (11th Cir.). Because there is no active appeal in this matter, Plaintiff's motion (ECF No. 68) is **DENIED** as moot.

**SO ORDERED,** this 28th day of August, 2025.

                                        S/Clay D. Land
                                        _____
                                        CLAY D. LAND
                                        UNITED STATES DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA